UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEMONDZA HUNTER,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>W. WHITE, *et al.*,<br><br>　　　　　Defendants. | Case No. 1:13-cv-01681-RRB<br><br>**ORDER EXTENDING TIME TO**<br>**FILE SECOND AMENDED COMPLAINT** |

At **Docket 19** Plaintiff Demondza Hunter, a California state prisoner appearing *pro se*, has filed a motion to file his Second Amended Complaint ("SAC"), requested clarification of the Court's Order dismissing the First Amended Complaint ("FAC"), and for an order directing the prison librarian to copy the exhibits referenced in Plaintiff's complaint. In dismissing the FAC the Court granted Hunter through and including April 29, 2016, within which to file his SAC.[1]

For cause shown the Court will extend Hunter's time to file his Second Amended Complaint.

With respect to Hunter's request for clarification, an amended complaint supercedes the prior complaint, which has no further force or effect in the matter.[2] In screening

---

[1] Docket 18.

[2] 6 Charles Alan Wright, Arthur R. Miller, & Mary Kay Kane, Fed. Prac. & Proc. Civ.,
(continued...)

ORDER EXTENDING TIME TO FILE SECOND AMENDED COMPLAINT
*Hunter v. White*, 1:13-cv-01681-RRB – 1

Hunter's FAC the Court did so by reviewing the FAC to determine whether it, standing alone without reference to the superceded prior pleading, adequately pleaded causes of action against the Defendants. In so doing the Court identified the fatal deficiencies it noted in the FAC, nothing more. Therefore, the Court perceives no need for further clarification of its Order.[3]

With respect to the exhibits, at this point in the proceedings the Court has no prison official before it to whom the Court may issue an order. Consequently, the Court lacks jurisdiction to order the prison librarian to provide him with copies.

Plaintiff is hereby granted through and including **June 3, 2016,** within which to file his Second Amended Complaint consistent with the Court's Order dismissing the First Amended Complaint.[4]

In all other respects Plaintiff's Ex-parte Application For: (1) 60 Day Time Extension to File Second Amended Complaint; (2) Court Order Clarifying First Amended Complaint Deficiencies;. And, (3) Court Order Directing Prison's Librarian Dennehy to Copy Exhibits Referenced to in Plaintiff's First or Second Amended Complaint at **Docket 19** is **DENIED**

**IT IS ORDERED** this 5th day of April, 2016.

S/ RALPH R. BEISTLINE
UNITED STATES DISTRICT JUDGE

---

[2] (...continued)
§ 1476 (2d ed.); *see Ferdik v. Bonzelet*, 963 F.2d 1258, 1262 (9th Cir. 1992); *Loux v. Ray*, 375 F.2d 55, 57 (9th Cir. 1967).

[3] In so doing the Court notes that to the extent that Hunter seeks relief on alternative legal theories, he should plead each theory under which he seeks relief in separate causes of action.

[4] Docket 18.