UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEMONDZA HUNTER,<br><br>    Plaintiff,<br><br>v.<br><br>C. OGBUEHI, et al.,<br><br>    Defendants. | 1:13-cv-01681-DAD-GSA PC<br><br>**ORDER REQUIRING PLAINTIFF TO FILE, WITHIN 30 DAYS, AN OPPOSITION OR STATEMENT OF NON-OPPOSITION TO DEFENDANT OGBUEHI'S MOTION FOR SUMMARY JUDGMENT**<br><br>**(ECF No. 40.)** |

    On September 5, 2017, defendant Ogbuehi ("Defendant") filed a motion for summary judgment. (ECF No. 40.) Plaintiff was required to file an opposition or a statement of non-opposition to the motion within twenty-one days, but has not done so. Local Rule 230(*l*).

    Accordingly, within **thirty (30) days** from the date of service of this order, Plaintiff must file an opposition or a statement of non-opposition to Defendant's motion for summary judgment. If Plaintiff fails to comply with this order, this action will be dismissed, with prejudice, for failure to obey the court's order and failure to prosecute.

IT IS SO ORDERED.

    Dated: **October 12, 2017**          **/s/ Gary S. Austin**
                                                                      UNITED STATES MAGISTRATE JUDGE